Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Defendant appeals after he was convicted by a jury for first degree murder, § 565.020, RSMo Supp.1982, and armed criminal action, § 571.015, RSMo 1986. The court sentenced him in accordance with the jury's assessment to consecutive prison terms of life imprisonment without the possibility of probation or parole for first degree murder and life imprisonment for armed criminal action. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

Before AHRENS, C.J., and CRANDALL and BLACKMAR, JJ.

### ORDER

PER CURIAM.

Insurance Company of North America appeals from a judgment entered in accordance with a jury verdict in favor of its policyholder, Zip Mail Services, Inc. as to the amount of workers' compensation insurance premiums owed. The evidence in support of a jury verdict is not insufficient; and no error of law appears. A written opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

**Timothy William O'HARA, Appellant.**

**Timothy William O'HARA,
Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 66362, 69046.

Missouri Court of Appeals,
Eastern District.
Division Three.

Sept. 17, 1996.

**INSURANCE COMPANY OF NORTH
AMERICA, Plaintiff/Appellant,**

v.

**ZIP MAIL SERVICES,
Defendant/Respondent.**

No. 69118.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 17, 1996.

William Fortenbury, St. Louis, for Plaintiff/Appellant.

Blumenfeld, Kaplan & Sandweiss, P.C., Alan G. Gerson, St. Louis, for Defendant/Respondent.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General and David R. Truman, Assistant Attorney General, Jefferson City, for respondent.